IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Edward D. Givant, Eva Marie Harrison,<br><br>        Defendants. | 2:11-cv-03195-GEB-KJN<br><br>ORDER |

All parties have consented to proceed before the Magistrate Judge for all purposes. See Joint Status Report 4:21-25, ECF No. 9.

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See E.D. Cal. R. 305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  March 19, 2012

                                                                               _____<br>
                                                                               GARLAND E. BURRELL, JR.<br>
                                                                               United States District Judge

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent to proceed before a magistrate judge of this court for all purposes and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:11-cv-03195-KJN. Further, any matter currently scheduled before the District Judge is vacated.

IT IS SO ORDERED.

DATED: March 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE