IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,

     v.

EDWARD D. GIVANT, et al.,

     Defendants.

No. 2:11-cv-03195 KJN

ORDER SETTING SCHEDULING CONFERENCE

/

     On March 19, 2012, this case was referred to the undersigned, and the order of referral vacated a status (pretrial scheduling) conference to be conducted by the district judge.[1] (Order, Mar. 19, 2012, Dkt. No. 10.)  By this order, the court sets a scheduling conference and orders the parties to file a joint status report.  The parties need only update their previously filed Joint Status Report (Dkt. No. 9).  If no such updating is required, the parties may file a notice to that effect.

     Accordingly, IT IS HEREBY ORDERED that:

     1.     A status (pretrial scheduling) conference shall be conducted by the

---

[1] This case proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (see Dkt. Nos. 8-10).  See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

1

1 | undersigned on August 23, 2012, at 10:00 a.m., in Courtroom 25.

2 |     2.    The parties shall filed an updated joint status report, or a notice that no

3 | updating of the previously filed Joint Status Report is required, at least seven days prior to the

4 | status conference.

5 |     IT IS SO ORDERED.

6 | DATED: July 17, 2012

 

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE