IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                No. 2:11-cv-03195 KJN

        v.

EDWARD D. GIVANT, et al.,

        Defendants.       ORDER SETTING SCHEDULING CONFERENCE

/

        On March 19, 2012, this case was referred to the undersigned, and the order of referral vacated a status (pretrial scheduling) conference to be conducted by the district judge.[1] (Order, Mar. 19, 2012, Dkt. No. 10.) By this order, the court sets a scheduling conference and orders the parties to file a joint status report. The parties need only update their previously filed Joint Status Report (Dkt. No. 9). If no such updating is required, the parties may file a notice to that effect.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    A status (pretrial scheduling) conference shall be conducted by the

---

[1] This case proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of a United States Magistrate Judge (see Dkt. Nos. 8-10). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rule 301.

1

1  undersigned on August 23, 2012, at 10:00 a.m., in Courtroom 25.

2      2.    The parties shall filed an updated joint status report, or a notice that no updating of the previously filed Joint Status Report is required, at least seven days prior to the status conference.

    IT IS SO ORDERED.

DATED: July 17, 2012

                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE