```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-03195-KJN** |
| Plaintiff; | ) ~~PROPOSED~~ **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | ) |
| Edward D. Givant, et al | ) |
| Defendants | ) |

IT IS SO ORDERED THAT the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated:  March 24, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE